UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICHARD CRUZ**<br>**REG. # 37737-069** | * | **CASE NO. 2:18-CV-01649** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **UNITED STATES OF AMERICA** | * | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended therein is warranted

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, [Doc. No. 1], is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 1st day of February, 2019, in Monroe, Louisiana.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**